UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ORANDO G. CAMPBELL,

    Petitioner,

vs.                                  Case No. 3:12-cv-657-J-12TEM

SECRETARY, DOC, et al.,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On June 18, 2012, the Court ordered Petitioner to provide the Court with two copies of the Petition. Further, the Court notified Petitioner that failure to do so within thirty days of the order would result in the dismissal of this action without further notice. As of the date of this order, Petitioner has failed to provide the Court with two copies of the Petition.

On July 31, 2012, the Court entered an Order to Show Cause, giving Petitioner twenty days to show cause why this case should not be dismissed for lack of prosecution. As of the date of this Order, Petitioner has not responded to the Court's Order to Show Cause.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1.   This case is **DISMISSED** without prejudice.[*]

2.   The Clerk of the Court shall enter judgment dismissing this case without prejudice.

3.   The Clerk of the Court shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

sa 8/27
c:
Orando G. Campbell

---

[*] This dismissal without prejudice does not excuse Petitioner from the one-year period of limitation for raising a habeas corpus petition in the federal courts. See 28 U.S.C. § 2244(d). Petitioner should note that the one-year period of limitation is tolled during the time in which a properly filed application for state post-conviction relief is pending, see Artuz v. Bennett, 531 U.S. 4, 8-9 (2000) (defining when an application is "properly filed" under 28 U.S.C. § 2244(d)(2)); however, the time in which a federal habeas petition is pending does not toll the one-year limitation period. See Duncan v. Walker, 533 U.S. 167 (2001) (holding that an application for federal habeas corpus review does not toll the one-year limitation period under § 2244(d)(2)).

2